UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PEDRO ALVAREZ, JR. <br>     Plaintiff <br><br> vs. <br><br> TOWN OF BURILLVILLE; <br> COL. STEPHEN C. LYNCH <br> Of the Burrillville Police <br> Department <br>     Defendants | C.A. No.: 1:19-cv-00392-WES-PAS |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Now Comes Plaintiff, Pedro Alvarez, Jr., and hereby moves this Honorable Court for Summary Judgment pursuant to Fed. R. Civ. P. 56. In support thereof, Plaintiff relies upon the accompanying Memorandum of Law filed herewith.

Plaintiff,
By his Attorney

/s/ Matthew Fabisch
Matthew Fabisch #8017
664 Pearl St.
Brockton, MA 02301
401-324-9344
Fabisch@Fabischlaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify that the within document has been electronically filed with the Court on this 31st Day of August, 2020 and is available for viewing and downloading from the ECF system. I further certify that a true and accurate copy of the within was served by electronic means to:

Ryan Stys, Esq.
Ryan@desistolaw.com

                                                           /s/Matthew Fabisch