UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                        :
Pedro Alvarez, Jr.                      :
                                        :
v.                                      :        C.A. No.: 1:19-cv-00392-WES-PAS
                                        :
Town of Burrillville; Col. Stephen C. Lynch :
of the Burrillville Police Department.  :
_____ :

**STATUS REPORT**

Plaintiff, Pedro Alvarez, Jr. by and through his attorney, provides the following status report:

After the parties last status conference on this matter they engaged in continued discussion regarding settlement options, both in terms of a resolution that would resolve the instant matter in this Honorable Court, but which could lead to further litigation in another forum and in terms of a global settlement that would see the matter globally resolved. A complicating factor was the impact, vel non, a decision by the U.S. Supreme Court in its currently pending matter *NYRPA v. Bruen*, could have on the resolution of this or any future related litigation. That issue was researched and discussed by both Counsel. Last week, upon receiving this honorable court's order for a status update, Counsel for both parties had another follow up conversation focused on a global settlement and language which would resolve the matter while protecting plaintiff's rights. Counsel for Plaintiff respectfully submits that we are likely very close to settlement on this matter.

Respectfully submitted,

Plaintiff Pedro Alvarez, Jr.,            Dated: February 15, 2022
By and through his legal counsel,

s/Matthew L. Fabisch, Esq.
Matthew L. Fabisch, Esq. (#8017)
Cooperating Attorney
Stephen Hopkins Center for Civil Rights
FABISCH LAW OFFICES
2 Dexter St.

Pawtucket RI 02860
Tel. 401-324-9344
Fax 401-354-7883
Fabisch@Fabischlaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify, that on this 15th day of February 2022, I electronically served this document via email upon:

Marc@Desistolaw.com

Ryan@Desistolaw.com

2