## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| Pedro Alvarez, Jr. | : |
| v. | :    C.A. No.: 1:19-cv-00392-WES-PAS |
| Town of Burrillville; Col. Stephen C. Lynch of the Burrillville Police Department. | : |

## STATUS REPORT

Plaintiff, Pedro Alvarez, Jr. by and through his attorney, provides the following status report:

Counsel for Plaintiff respectfully submits that the parties have reached agreement in principle and are actively engaged in the process of drafting a proposed order.

Respectfully submitted,

Plaintiff Pedro Alvarez, Jr.,      Dated: April 15, 2022
By and through his legal counsel,

s/Matthew L. Fabisch, Esq.
Matthew L. Fabisch, Esq. (#8017)
Cooperating Attorney
Stephen Hopkins Center for Civil Rights
FABISCH LAW OFFICES
2 Dexter St.
Pawtucket RI 02860
Tel. 401-324-9344
Fax 401-354-7883
Fabisch@Fabischlaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify, that on this 18th day of April 2022, I electronically served this

document via email upon:

Marc@Desistolaw.com

Ryan@Desistolaw.com