# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Pedro Alvarez, Jr
Plaintiff,

v.  Case No.: 1:19−cv−00392−WES−PAS

Stephen J Lynch, et al.
Defendant.

## **ORDER OF COURT**

The plaintiff is hereby ordered to file a status report by August 24, 2022 advising the court of the current status of the above−referenced case.

It is so ordered.

August 17, 2022                         By the Court:

/s/ William E. Smith
United States District Judge