UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PEDRO ALVAREZ, JR.,
                              *Plaintiffs*,

        vs.

TOWN OF BURRILLVILLE;
COL. STEPHEN C. LYNCH
Of the Burrillville Police
Department
                              *Defendants*

C.A. No.: 1:19-cv-00392-WES-PAS

## Settlement Agreement

Whereas, the parties agree that in January of 2016, Colonel Stephen Lynch, Chief of Police for the Burrillville Police Department, granted Plaintiff, Pedro Alvarez, his license to carry a concealed weapon under Rhode Island General Laws § 11-47, *et. seq*. On June 8, 2018, Colonel Lynch revoked Pedro Alvarez's permit to carry a concealed weapon. The parties now hereby agree that the decision of Colonel Lynch revoking the concealed carry permit of the Plaintiff is vacated and void ab initio. Plaintiff hereby voluntarily surrenders his concealed carry permit to Colonel Lynch and Town of Burrillville. The Town of Burrillville's records shall reflect that Plaintiff voluntarily surrendered his concealed carry permit. As part of this agreement, the above matter is dismissed with prejudice contemporaneously herewith.

Defendants,
By their attorney,


*/s/ Ryan Stys*
Ryan Stys, #8094
DESISTO LAW LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
ryan@desistolaw.com

Plaintiff,
By his attorney,


*/s/ Matthew L. Fabisch*
Matthew L. Fabisch #8017
FABISCH LAW
2 Dexter Street
Pawtucket, RI 02860
(401) 324-9344
mlfabisch@yahoo.com

1

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that the within document has been electronically filed with the Court on this

30 day of March, 2023 and is available for viewing and downloading from the ECF system.


*/s/Ryan Stys*