UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PEDRO ALVAREZ, JR., <br>      *Plaintiffs*, <br><br> vs. <br><br> TOWN OF BURRILLVILLE; <br> COL. STEPHEN C. LYNCH <br> Of the Burrillville Police <br> Department <br>      *Defendants* | C.A. No.: 1:19-cv-00392-WES-PAS |

**DISMISSAL STIPULATION**

The parties hereby stipulate that this matter is dismissed, with prejudice, each party to bear their own costs.

| | |
|---|---|
| Defendants, <br> By their attorney, | Plaintiff, <br> By his attorney, |
| */s/ Ryan Stys* <br> Ryan Stys, #8094 <br> DESISTO LAW LLC <br> 60 Ship Street <br> Providence, RI 02903 <br> (401) 272-4442 <br> ryan@desistolaw.com | */s/ Matthew L. Fabisch* <br> Matthew L. Fabisch #8017 <br> FABISCH LAW <br> 2 Dexter Street <br> Pawtucket, RI 02860 <br> (401) 324-9344 <br> mlfabisch@yahoo.com |

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 30 day March, 2023 and is available for viewing and downloading from the ECF system.

                                                 */s/Ryan Stys*